IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN ILIC, and TAMMY ILIC,<br><br><br>Plaintiffs,<br><br><br>vs.<br><br><br>MICHAEL VINCENT VEST,<br>HEARTLAND EXPRESS, INC., and<br>HEARTLAND EXPRESS INC., OF IOWA,<br><br><br>Defendants. | **8:26CV58**<br><br><br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on February 11, 2026. (Filing No. 1). On February 26, 2026, Plaintiff filed a summons return that was executed on Defendant Heartland Express Inc., of Iowa on February 17, 2026 (Filing No. 10). On February 26, Plaintiff filed a summons return that was executed on Defendant Heartland Express, Inc. on February 18, 2026. (Filing No. 9). On March 23, 2026, Plaintiff filed a summons returned that was executed on Defendant Michael Vincent Vest on March 19, 2026. (Filing No. 11). To date, none of the defendants have filed any responsive pleading or otherwise appeared in this case, and Plaintiff has not taken further action.

Plaintiff has a duty to prosecute this case and may, for example, seek default in accordance with applicable rules, voluntarily dismiss this action, or take other action as

1

appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action will be dismissed for lack of prosecution.

Accordingly,

IT IS ORDERED that on or before May 5, 2026, Plaintiff must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 14th day of April, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge